# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VALERIE LEVINE,

    Plaintiff,

v.                                                                         No. 1:21-cv-00219-KRS-JFR

TRUMBULL INSURANCE COMPANY and
THE HARTFORD ACCIDENT AND INDEMNITY COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' *Joint Motion for Dismissal with Prejudice,* and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

The parties have entered into a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to resolve and effect a full and final release of any and all claims, causes of action, and counterclaims that were brought or could have been brought herein by and between the parties to this lawsuit. The parties have agreed and have asked the Court to issue an order of dismissal with prejudice accordingly, that any and all claims, causes of action, and counterclaims that were brought or could have been brought in this action are to be dismissed with prejudice. Plaintiff and Defendants have also agreed to bear their own costs and attorneys' fees.

        **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

        1.     Plaintiff's *Complaint for Underinsured Motorist Coverage, Breach of Contract and Insurance Bad Faith* is dismissed with prejudice.

2. Any and all claims, causes of action, and counterclaims that were brought or could have been brought in this action are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY, SHANE & KELLER, P.A.**

*/s/ Taryn M. Kaselonis*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rsk-law.com
tkaselonis@rsk-law.com
*Attorneys for Defendants*

**VOORHEES LAW FIRM**

*/s/ Scott F. Voorhees (via email 5/28/21)*
Scott F. Voorhees
Tarra L. Hoden
P.O. Box 6340
Santa Fe, NM 87502
(505) 820-3302
scott@voorheeslawfirm.com
tarra@voorheeslawfirm.com
*Attorneys for Plaintiff*